UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-53940 |
| | : | |
| AAD Locker LLC, | : | Chapter 11 |
| dba US Heating & Air Conditioning, | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

**APPLICATION FOR EMPLOYMENT AND RETENTION**
**OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., L.P.A.,**
**AS BANKRUPTCY COUNSEL TO THE DEBTOR**

Now comes AAD Locker LLC ("Applicant"), and hereby requests, pursuant to 11 U.S.C.

§327(a), Fed. R. Bankr. P 2014, and LBR 2014-1, that the Court authorize the employment of John

W. Kennedy and Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., as bankruptcy counsel

to the Debtor.  In support of its Application, Applicant respectfully represents the following:

__X__ Applicant is the Debtor in the captioned case.

__X___ Applicant wishes to employ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.,

to represent it in this case.

__X___ Myron N. Terlecky, John W. Kennedy and Loni R. Sammons are members or associates

of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.  Each is an attorney duly admitted to

practice in this Court and is in good standing.

__X__ Applicant has selected Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., for the

reason that it has had significant experience in bankruptcy and reorganization matters and is well-

qualified to represent the estate.

__X___ The professional services to be rendered by Strip, Hoppers, Leithart, McGrath & Terlecky

Co., L.P.A., shall include, but are not limited to, the following: (a) to advise the Debtor with respect

to its rights, powers and duties in this case; (b) to advise and assist the Debtor in the preparation

of its petition, schedules, and statement of financial affairs; (c) to assist and advise the Debtor in connection with the administration of this case; (d) to analyze the claims of the creditors in this case, and negotiate with such creditors; (e) to investigate the acts, conduct, assets, rights, liabilities and financial condition of the Debtor and the Debtor's business; (f) to advise and negotiate with respect to the sale of any or all assets of the Debtor; (g) to investigate, file and prosecute litigation of behalf of the Debtor; (h) to propose a plan of reorganization; (i) to appear and represent the Debtor at hearings, conferences, and other proceedings; (j) to prepare and/or review motions, applications, orders, and other filings filed with the Court; (k) to institute or continue any appropriate proceedings to recover assets of the estate; and (l) to perform any and all such other legal services as may be required that are in the best interest of the estate or its creditors.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., does not hold or represent any interest adverse to the estate as required by 11 U.S.C. §327(a), except as set forth in the Affidavit of Counsel attached hereto as Exhibit A.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., is a disinterested person as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14).

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., proposes to perform legal services in connection with its employment on an hourly basis, at its usual and customary hourly rates, plus reimbursement of reasonable and necessary expenses. Attorneys' current hourly rates are $395/hour for Myron N. Terlecky, $335/hour for John W. Kennedy, $175/hour for Loni R. Sammons and $125/hour for law clerks.  These hourly rates are subject to periodic adjustments. Notice of any such adjustments shall be filed with the Court within 30 days of the effective date of the adjustment.

__X__ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., has been paid $2,847.50 in fees

and/or expenses from the Debtor from a period of one year prior to the filing of the Debtor's

petition through the date of this Application for services unrelated to this case. The fees were paid

on August 31, 2023.  The source of the fees was the Debtor.  In addition, Strip, Hoppers, Leithart,

McGrath & Terlecky Co., L.P.A., has been paid fees and/or expenses related to this case as set

forth below.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., will submit interim and final

applications for compensation and reimbursement of expenses in accordance with the Federal

Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and such other and further orders as

the Court may enter.

_____ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., has received no funds from the

Debtor or the Debtor's estate from a period of one year prior to the filing of the Debtor's petition

through the date of this Application.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., received a retainer on behalf

of the Debtor in the amount of $32,013.06 from Anthony Locker, a member and the President of

the Debtor, within one year prior to the filing of the petition through the date of this Application.

The retainer was paid on October 18, 2023.  Funds from the retainer were used to pay the Court

filing fee in the amount of $1,738.00 and fees incurred through November 8, 2023, before the date

of filing in the amount of $10,070.25.  The balance of the retainer is being held in the Firm's Trust

Account pending further order of the Court permitting the application of funds from the retainer

to payment of fees and reimbursement of expenses. Mr. Locker has been advised that Strip,

Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., will only provide representation to the Debtor

and not to Mr. Locker.  Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A. previously

represented Mr. Locker and his wife, Ashlee Locker, with respect to a family law matter unrelated

to this case; however, that representation terminated prior to the filing of this case.

_____ Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., has received or sought no

retainer from the Debtor within one year prior to the filing of the petition through the date of this

Application.

__X___ To the best of Applicant's knowledge, Strip, Hoppers, Leithart, McGrath & Terlecky Co.,

L.P.A., has no connections with the Debtor, creditors, any other party in interest, their respective

attorneys and accountants, the United States Trustee, or any person employed in the Office of the

United States Trustee, except as set forth on the Attached Exhibit A.

__X__ The proposed employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.,

is not prohibited by or improper under Fed. R. Bank. P. 5002.

WHEREFORE, Applicant moves for an Order of this Court authorizing the retention and

employment, as of the date of this Application, of Strip, Hoppers, Leithart, McGrath & Terlecky

Co., L.P.A., as attorneys for the estate, to be compensated as set forth above.

<div style="margin-left:40%">

Respectfully submitted,

AAD Locker LLC

</div>

Dated:  November 9, 2023       /s/ Anthony D. Locker_____
<div style="margin-left:40%">
Anthony D. Locker
Its: President
</div>

<div style="margin-left:40%">

 /s/ John W. Kennedy_____
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.
575 South Third Street
Columbus, Ohio 43215-5759
T: (614) 228-6345 F: (614) 228-6369
Email: mnt@columbuslawyer.net
          jwk@columbuslawyer.net
Proposed Attorneys for Debtor and Debtor-in-Possession

</div>

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-53940 |
| | : | |
| AAD Locker LLC, | : | Chapter 11 |
| dba US Heating & Air Conditioning, | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

## AFFIDAVIT OF COUNSEL

| | |
|---|---|
| STATE OF OHIO | } |
| | } ss: |
| COUNTY OF FRANKLIN | } |

I, John W. Kennedy, being duly sworn, hereby declare under penalty of perjury the following:

I am an attorney at the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., and I am duly authorized to make this Affidavit on behalf of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

My mailing address, telephone number, email address and state bar number are:

John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A.
575 South Third Street
Columbus, Ohio 43215-5759
T:  (614) 228-6345 F: (614) 228-6369
Email: jwk@columbuslawyer.net

I am an Attorney licensed and in good standing to practice in the State of Ohio and am duly admitted to practice in the United States District Court, Southern District of Ohio.

- 5 -

The representations set forth in the Application for Retention and Employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., as Bankruptcy Counsel for the Debtor are true and correct.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., have any past or present relationship to the Debtor, the United States Trustee, any creditor, or equity security holder of the Debtor(s), except that Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A. previously represented the Debtor with respect to business matters unrelated to this case, and Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A. previously represented Anthony and Ashlee Locker, members of the Debtor, with respect to family law matters unrelated to this case. Further, neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., have any connection with the creditors, or any other party in interest, their respective attorneys and accountants, the Subchapter V Trustee, the United States Trustee, or any person employed in the office of the United States Trustee, except that Myron N. Terlecky is a member of the private panel of Chapter 7 Trustees maintained by the United States Trustee, and James Coutinho was an employee of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A. from 2008 to 2014..

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., hold or represent an interest adverse to the estate.

I and Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., are disinterested persons as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14), except None.

My proposed employment and the employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., are not prohibited by or improper under Fed. R. Bankr. P. 5002.

Within one year prior to the filing of the Debtor's petition through the date of the Application, Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., was paid $2,847.50 for

services unrelated to this case on August 31, 2023, and Strip, Hoppers, Leithart, McGrath &

Terlecky Co., L.P.A. was paid $10,070.25 on November 9, 2023, for services related to this case

through November 8, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John W. Kennedy
John W. Kennedy

Sworn to and subscribed before me by the said John W. Kennedy on this 17th day of
November 2023.  *This is a jurat certificate; an oath or affirmation was administered to the signer
with regard to this notarial act.*

/s/ Mary L. Villarreal
 Notary Public
My commission expires: 1-26-2026

## <u>NOTICE OF APPLICATION FOR THE EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., L.P.A., AS BANKRUPTCY COUNSEL TO THE DEBTOR AND CERTIFICATE OF SERVICE</u>

The Debtor and Debtor in Possession has filed an application seeking to employ the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., L.P.A., as attorneys for the Debtor and Debtor-in-Possession.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The Court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

United States Trustee                     John W. Kennedy, Esq.
170 North High Street, Suite 200          Strip, Hoppers, Leithart, McGrath & Terlecky
Columbus, Ohio 43215                      Co., L.P.A.
                                          575 South Third Street
                                          Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the *APPLICATION FOR EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., L.P.A., AS BANKRUPTCY COUNSEL TO THE DEBTOR* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by First Class U.S. Mail on November 21, 2023, addressed to the Debtor, the Office of the United States Trustee, the Subchapter V Trustee, the twenty largest unsecured creditors, all secured creditors and those other parties set forth on the attached mailing matrix.


 /s/ John W. Kennedy
John W. Kennedy (0042672)

Label Matrix for local noticing
0648-2
Case 2:23-bk-53940
Southern District of Ohio
Columbus
Tue Nov 21 10:05:27 EST 2023

AAD Locker LLC
1016 East Orange Rd.
Lewis Center, OH 43035-9499

Ace Funding Source LLC
c/o Erica Gilerman, Esq.
515 Madison Ave., Ste. 8108
New York, NY 10022-5403

Adam J. Feldman, Esq.
3000 Marcus Ave., Suite 2W15
New Hyde Park, NY 11042-1005

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank co AIS Portfolio Services LLC
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-7901

Ally Financial
500 Woodward Ave.
Detroit, MI 48226-3416

Pamela Arndt
DOJ-Ust
170 North High Street
Suite 200
Columbus, OH 43215-2417

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Bizfund
315 Avenue U
Brooklyn, NY 11223-3923

CT Corporation System, as representative
330 N. Brand Blvd., Ste 700
Glendale, CA 91203-2336

Clearstone Fund LLC
80 West Sunrise Hwy #1096
Valley Stream, NY 11581-1102

James A. Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Ste. 2400
Columbus, OH 43215-3469

David Fogel, Esq.
1225 Franklin Ave., Ste. 201
Garden City, NY 11530-1890

Fincon Berlin Station Ltd
203 Olentangy Xing
Delaware, OH 43015-1693

Habegger Supply
3079 Silver Dr.
Columbus, OH 43224-3945

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

Interstate Filings, as representative
301 Mill Rd., Ste. U-5
Hewlett, NY 11557-1232

Intuit Financing
2700 Coast Ave.
San Francisco, CA 94103

Jaffe Capital
99 Wall St. #1540
New York, NY 10005-4301

John W Kennedy
Strip Hoppers Leithart McGrath & Terleck
575 S. Third St.
Columbus, OH 43215-5755

William A Peseski
Brouse McDowell
600 Superior Avenue East
Suite 1600
Cleveland, OH 44114-2604

Square Advance
90 East Halsey Rd.
Parsippany, NJ 07054-3713

Stripe Servicing
199 Water St., Floor 30
New York, NY 10038-3591

The LCF Group
3000 Marcus Ave., Ste. 2W15
New Hyde Park, NY 11042-1005

Throttle Funding LLC
4014 Chase Ave., Ste. 212
Miami Beach, FL 33140-3446

U. S. Attorney
303 Marconi Blvd. Ste 200
Columbus, OH 43215-2840

U. S. Attorney General
Main Justice Building, Rm. 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Last Chance Funding                      End of Label Matrix
                                            Mailable recipients    27
                                            Bypassed recipients     1
                                            Total                  28